BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone: 949.863.3363
Facsimile: 949.863.3350

Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>THOMAS J. CHEK,<br><br>Debtor, | Case No. 18-30006-DM<br><br>Chapter Number: 13<br><br>**SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S JOINDER TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION**<br><br>**Date: 05/16/18**<br>**Time: 1:10 p.m.**<br>**Ctrm: 17** |

**TO THE HONORABLE COURT AND ALL PARTIES IN INTEREST:**

Secured creditor Trinity Financial Services, LLC ("Trinity") hereby JOINS in the relief requested by the Chapter 13 Trustee in the *Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation* [Docket No. 32] (the "Motion"). Trinity incorporates by reference its unresolved *Objection to First Amended Chapter 13 Plan* [Docket No. 23]. Trojan reserves the right to argue the applicable legal issues at the hearing on the Motion.

///

///

| | |
|---|---|
| Dated: May 1, 2018 | Respectfully submitted,<br><br>BURKE, WILLIAMS & SORENSEN, LLP<br><br>By: _____<br>Richard J. Reynolds<br>Rafael R. Garcia-Salgado<br>Attorneys for Creditor<br>Trinity FINANCIAL SERVICES, LLC |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4831-3539-1843 v2
06836-0090

- 2 -

18-30006
OBJECTION TO PLAN

Case: 18-30006    Doc# 34    Filed: 05/01/18    Entered: 05/01/18 16:08:37    Page 2 of 3

# PROOF OF SERVICE

I, Johnnelle Gomez, am over the age of eighteen (18) years, and not a party to the within action. My business address is 1851 East First Street, Suite 1550, Santa Ana, California 92705-4067.

On **April 19, 2018**, I caused to be served a true and correct copy of **SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S OBJECTION JOINDER WITH TRUSTEE'S MOTION TO DISMISS CASE PRE-CONFIRMATION PURSUANT TO 11 U.S.C. Section 1307(c)** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Los Angeles, California, **and/or** by NEF as addressed as follows:

**By NEF:**

- **David Burchard    TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com**
- **Rafael Ramon Garcia-Salgado    rgarcia@bwslaw.com, bantle@bwslaw.com**
- **Kelsey Luu    ecfcanb@aldridgepite.com, kluu@ecf.inforuptcy.com**
- **Russell Marne    russell@marne.com**
- **Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov**
- **Richard J. Reynolds    rreynolds@bwslaw.com, psoeffner@bwslaw.com**

**By Mail:**

**Thomas J. Chek**
900 Arlene Way
Novato, CA 94947-6905

**Hon. Dennis Montali - Chambers Copies**
U.S. Bankruptcy Judge
Mail Box 36099
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **May 1, 2018**                           **/S/ Johnnelle Gomez**
                                                 Johnnelle Gomez

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4831-3539-1843 v2
06836-0090

- 3 -

18-30006
OBJECTION TO PLAN

Case: 18-30006    Doc# 34    Filed: 05/01/18    Entered: 05/01/18 16:08:37    Page 3 of 3