BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone:     949.863.3363
Facsimile:     949.863.3350

Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THOMAS J. CHEK<br><br>Debtor, | Case No. 18-30006-DM<br><br>Chapter Number: 13<br><br>**SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S OPPOSITION TO DEBTOR'S MOTION TO VALUE AND AVOID LIEN OF TRINITY FINANCIAL SERVICES, LLC [39] AND REQUEST FOR HEARING** |

Secured Creditor Trinity Financial Services, LLC ("Trinity") hereby submits the following opposition to the *Debtor's Motion to Value and Avoid Lien of Trinity Financial Services, LLC* [Docket No. 39] (the "Motion") filed by Debtor Thomas J. Chek (the "Debtor"):

## STATEMENT OF FACTS

The Debtor filed a voluntary Chapter 13 bankruptcy petition with this Court on or about January 4, 2018 (the "Petition Date"), initiating the instant case identified as Case Number 18-30006-DM. On or about May 21, 2018, the Debtor filed the Motion, which seeks to avoid Trinity's lien secured by the Debtor's primary residence, 900 Arlene Way, Novato, CA 94947 (the "Property"). The basis of the Motion is the Debtor's assertion that the Property is worth less than the debt owed to the first lien on the petition date.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4816-0582-9990 v1
06836-0090

- 1 -

18-30006-DM
OPPOSITION TO DEBTOR'S MOTION TO VALUE
AND AVOID LIEN

Case: 18-30006     Doc# 62     Filed: 06/11/18     Entered: 06/11/18 09:04:34     Page 1 of 21

## ARGUMENT

11 U.S.C. § 1325(a)(5)(B)(ii) requires a debtor's Chapter 13 Plan to distribute at least the allowed amount of a creditor's secured claim. *See* 11 U.S.C. § 1325(a)(5)(B)(ii). Furthermore, the requirement that a debtor provide for the full value of a creditor's secured claim is mandatory for plan confirmation. *See Barnes v. Barnes (In re Barnes)*, 32 F. 3d 405, 407 (9th Cir. 1994); *see also In re Lucas*, 3 B.R. 252, 253 (Bankr. S.D. Cal. 1980) ("In order to confirm any Chapter 13 Plan, the court must be satisfied . . . that the plan meets all the requirements of § 1325(a)."). The burden of demonstrating compliance with section 1325(a) lies with the debtor. *Chinichian v. Campolongo (In re Chinichian)*, 784 F. 2d 1440 (9th Cir. 1986).

Section 1322(b)(2) states that a Chapter 13 plan may "modify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the debtor's principal residence." Trinity's claim is secured by the Property, which is the Debtor's principal residence. Thus, the plan may not modify Trinity's secured claim. *See Nobelman v. Am. Sav. Bank*, 508 U.S. 324, 329, 113 S. Ct. 2106, 2110, 124 L. Ed. 2d 228 (1993) (determination that bank's claim is partially secured "does not necessarily mean that the 'rights' the bank enjoys as a mortgagee, which are protected by § 1322(b)(2), are limited by the valuation of its secured claim.").

A claim is not a "secured claim" for bankruptcy purposes, however, if the subject lien is entirely underwater. *In re Zimmer,* 313 F.3d 1220 (9th Cir. 2002); *In re Lam,* 211 B.R. 36 (9th Cir. BAP 1997). Therefore, the key issue is whether or not the aggregate dollar amount owed on any senior liens exceeds the value of a given property as of the petition date.

Valuation of residential property "is not an exact science." *In re Karakas,* No. 06-32961, No. 06-80245, 2007 WL 1307906, at *6 (Bankr. N.D.N.Y. May 3, 2007). Normally, in evaluating conflicting appraisals, a bankruptcy court should carefully compare "the logic of their analyses" and "the persuasiveness of their subjective reasoning." *In re Park Ave. Partners Ltd. P'ship*, 95 B.R. 605, 610 (Bankr. E.D. Wisc. 1988). The debtor has the burden of demonstrating that "there is not even one dollar of value" in the subject property in excess of the amount owed on the first mortgage. *In re LePage*, 2011 WL 1884034, at *4 (Bankr. E.D.N.Y. May 18, 2011).

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4816-0582-9990 v1
06836-0090

- 2 -

18-30006-DM
OPPOSITION TO DEBTOR'S MOTION TO VALUE
AND LAY SUBORD.

Case: 18-30006   Doc# 62   Filed: 06/11/18   Entered: 06/11/18 09:04:34   Page 2 of 21

Once the debtor has met this burden, the burden shifts to the creditor to submit sufficient evidence to overcome the valuation proposed by the debtor. *Id.*

The Debtor's Motion lists the property value at $543,000.00. However, the Motion does not include an appraisal supporting this value. On April 27, 2018 Debtor's counsel sent undersigned counsel for Trinity a copy of the Debtor's appraisal on the subject property, which lists the property value at $555,000.00. *See* concurrently filed *Declaration of Rafael R. Garcia-Salgado.* A true and correct copy of the email from Debtor's counsel with the appraisal is attached hereto as **Exhibit 1** and incorporated herein by reference. Accordingly, the Debtor's Chapter 13 Plan may not modify Trinity's secured claim. As the valuation of the Debtor's appraiser indicates Trinity's lien is supported by value and thus partially secured, the Motion should be denied.

## **CONCLUSION**

Based on the foregoing facts and applicable law, Trinity respectfully requests:

1.      That the Motion be denied without the need for an evidentiary hearing, on the basis of the appraisal by the Debtor's appraiser; and

2.      That the Court grant such other relief as this Court deems appropriate.

Dated: June 8, 2018

Respectfully submitted,

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Richard J. Reynolds
Rafael R. Garcia-Salgado
Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4816-0582-9990 v1
06836-0090

- 3 -

18-30006-DM
OPPOSITION TO DEBTOR'S MOTION TO VALUE
AND LAY STRIP LIEN

Case: 18-30006    Doc# 62    Filed: 06/11/18    Entered: 06/11/18 09:04:34    Page 3 of 21

# Exhibit 1

**Gomez, Johnnelle**

---

| | |
|---|---|
| **From:** | Russell Marne <russell@marne.com> |
| **Sent:** | Friday, April 27, 2018 9:29 AM |
| **To:** | Garcia-Salgado, Rafael R. |
| **Subject:** | Check Bankruptcy Case Number 18-30006 |
| **Attachments:** | Chek CMA 2-10-18.pdf |

Rafael,

Attached hereto in PDF format is the value opinion on the debtors real property. After you have had a chance to review can you give me a call to discuss this case.

Thank you for your courtesy and cooperation in this matter,


**Russell K. Marne, Esq.**

**MARNE LAW GROUP**
**30 North San Pedro Road**
**San Rafael, CA 94903**

**(415) 499-8100**



**CONFIDENTIALITY ---** This email is directed only to the person or entity to whom it is addressed, and the contents hereof and any attachments hereto are intended to be strictly confidential and may otherwise be subject to the attorney-client privilege and/or the work-product doctrine, and should not, therefore, be in any way copied, distributed, or disclosed to other parties. If you have received this message by error, please reply by email to inform us and delete any copies from your hard drive. Thank you.



**Comparative Market Analysis**
Prepared: Sunday, February 11, 2018

Prepared for: **Tom and Sarah Chek**
Address: **900 Arlene**
            **Novato, CA 94947**

**Suggested Sale Price**
**555,000**

**Presented By:**

**Greg Browman**
Lic: 01183227
Primary: 415-519-6062

Email: gbrowman@gmail.com

**Vanguard Properties**
Office Lic.: 01486075

1118 Magnolia Ave
Larkspur, CA 94939
Phone: 415-755-1000
Fax: 415-755-1001
**See our listings online:**

February 2018

*This opinion or analysis is not an appraisal. It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property and not for any other purpose, including, but not limited to, lending purposes. Information has not been verified, is not guaranteed, and is subject to change.*
*Copyright © 2018 Bay Area Real Estate Information Services, Inc. All rights reserved.*
*Copyright ©2018 Rapattoni Corporation. All rights reserved.*
*U.S. Patent 6,910,045*

02/10/18

Tom and Sarah Chek
900 Arlene, Novato, CA 94947

Dear Tom and Sarah Chek

Thank you for requesting my opinion of the value of your home. I am very familiar with property in this area and am confident in my valuation. The ultimate value of your property will be what a buyer is willing to pay. When we calculate the value of a property the area of living space is very important and so is the condition of the finishes. Your value could be higher if the finishes in your home were upgraded to modern standards. The higher value properties in this analysis had similar living space but they all had remodeled kitchens and baths. If you did decide to upgrade your home you would recover the cost of the remodel up to a point. For example if you did a $75,000 remodel of your kitchen and $10,000 per bathroom I am sure your value would rise to the similar property on your street. Spending $200,000 on an extensive remodel would not increase the value more than $690,000 in my opinion.
In my opinion your home in its current condition is worth $555,000. The price I have given takes into consideration that your kitchen and bathrooms are in original condition and therefore significantly lowers the value in relation to the closest comparable.


It would be my great pleasure to help you prepare and sell your home for the best price possible. Regardless of what you choose to do I wish you the best and appreciate the opportunity to meet you in person and visit your home.

Kind Regards,

Greg

GREG BROWMAN LIC: 01183227
VANGUARD PROPERTIES OFFICE LIC.: 01486075
1118 MAGNOLIA AVE
LARKSPUR, CA 94939
PHONE: 415-519-6062
FAX: 415-755-1001

## Subject Property Comparison

  

| Feature | Subject Property | Listing# 21723885 | Adjust | Listing# 21721972 | Adjust | Listing# 21718186 | Adjust |
|---|---|---|---|---|---|---|---|
| Address - Full Street | 900 Arlene Way, Novato CA | 103 Caspar Pl, Novato, CA | | 903 Sunnybrae Ln, Novato, | | 106 Scotia Ln, Novato, CA | |
| Address | 94947 | 94947- | | CA 949 | | 94947- | |
| Map Information | | , | | , | | , | |
| Area Display | | Novato | | Novato | | Novato | |
| Status Display | | Sold | | Sold | | Sold | |
| On Market Date | | 10/09/17 | | 09/15/17 | | 08/21/17 | |
| Pending Date | | 11/14/17 | | 10/03/17 | | 09/05/17 | |
| Selling Date | | 11/28/17 | | 10/19/17 | | 09/06/17 | |
| DOM | | 36 | | 18 | | 15 | |
| Original Price | $0 | $515,000 | | $515,000 | | $559,800 | |
| Listing Price | $0 | $505,000 | | $515,000 | | $559,800 | |
| Selling Price | $0 | $521,000 | | $535,000 | | $559,800 | |
| Square Footage | 1740 | 1344 | $30,000 | 1323 | $30,000 | 1365 | $30,000 |
| Price Per Sq Ft | $0 | $388 | | $404 | | $410 | |
| Lot Size - Sq Ft | 1653 | 4299 | $-10,000 | 4299 | $15,000 | 1542 | |
| Lot Size - Acres | | 0.0987 | | 0.0987 | | 0.0354 | |
| Year Built | 1980 | 1973 | | 1973 | | 1976 | |
| Bedrooms | 3 | 3 | | 3 | | 3 | |
| Bathrooms Display | 2.5 | 2 (1 1) | | 2 (1 1) | | 3 (2 1) | |
| Stories/Levels Desc | 2 | 2 Story | | 2 Story | | 2 Story | |
| Gar/Prk Desc | 1 | 2 Car, Carports, Covered | $-5,000 | Carports, 2 Spaces | $5,000 | 2 Car, Detached, Carports, 2 Spaces | $-5,000 |
| Total Rooms | 6 | 0 | | 0 | | 0 | |
| Dining Room Desc | combo | | | Kitchen Combo | | Dining Area | |
| Other Rooms Desc | | None | | None | | None | |
| Heat/Cool Desc | Forced Air | Ceiling Fan(s), Central Air, Centr | $-10,000 | Central Air, Central Heat | | Central Heat | |
| Fireplace(s) Desc | | | | | | | |
| Laundry/Appliance Desc | Washer and Dryer in Unit | Hookups only | $1,000 | 220 V, Hookups only, In Kitchen | | Dryer Incl., Washer Incl | |
| Pool Type Desc | Community | Comm Facility | | Comm Facility | | Comm Facility, In Ground | |
| Other Structures Desc | | None | | None | | None | |
| View(s) Desc | | | | | | Other | |
| Attach/Detach Home | Attached | Attached | | Attached | | Attached | |
| Construct/Condition | | COMP | | COMP | | COMP | |
| Miscellaneous | | STOR | $10,000 | WINS | $10,000 | | |
| Average Adj. Total: $552,267 | | Adj. Total: $537,000 | | Adj. Total: $535,000 | | Adj. Total: $584,800 | |

**Subject Property Comparison**

  

| Feature | Subject Property | Listing# 21715100 | Adjust | Listing# 21723654 | Adjust | Listing# 21721406 | Adjust |
|---|---|---|---|---|---|---|---|
| Address - Full Street | 900 Arlene Way, Novato CA | 25 Dogwood Ct, Novato, CA | | 38 Birchwood Dr, Novato, CA | | 52 Salvatore Dr, Novato, CA | |
| Address | 94947 | 94947- | | 9494 | | 9494 | |
| Map Information | | , | | , | | , | |
| Area Display | | Novato | | Novato | | Novato | |
| Status Display | | Sold | | Sold | | Sold | |
| On Market Date | | 07/12/17 | | 10/06/17 | | 09/08/17 | |
| Pending Date | | 08/14/17 | | 11/10/17 | | 09/22/17 | |
| Selling Date | | 08/31/17 | | 11/14/17 | | 10/06/17 | |
| DOM | | 33 | | 35 | | 14 | |
| Original Price | $0 | $570,000 | | $559,000 | | $549,000 | |
| Listing Price | $0 | $570,000 | | $559,000 | | $549,000 | |
| Selling Price | $0 | $565,000 | | $570,000 | | $585,000 | |
| Square Footage | 1740 | 1452 | $15,000 | 1454 | $20,000 | 1528 | $10,000 |
| Price Per Sq Ft | $0 | $389 | | $392 | | $383 | |
| Lot Size - Sq Ft | 1653 | 1276 | | 1651 | | 4300 | $-20,000 |
| Lot Size - Acres | | 0.0293 | | 0.0379 | | 0.0987 | |
| Year Built | 1980 | 1989 | $-20,000 | 1990 | $-25,000 | 1976 | |
| Bedrooms | 3 | 3 | | 3 | | 3 | |
| Bathrooms Display | 2.5 | 2 (2 0) | $10,000 | 3 (2 1) | | 3 (2 1) | |
| Stories/Levels Desc | 2 | Multi Level | | 3 Story | | 2 Story | |
| Gar/Prk Desc | 1 | 2 Car, Garage, Auto Door, Interior | $-20,000 | 2 Car, Attached | $-10,000 | | |
| Total Rooms | 6 | 0 | | 0 | | 0 | |
| Dining Room Desc | combo | Dining Area | | | | | |
| Other Rooms Desc | | Storage | | Storage | | None | |
| Heat/Cool Desc | Forced Air | Central Air, Central Heat | | Central Air, Central Heat | | Central Air, Central Heat | |
| Fireplace(s) Desc | | 1 Fireplace, Living Room | | 1 Fireplace, Living Room | | Living Room | |
| Laundry/Appliance Desc | Washer and Dryer in Unit | Dryer Incl., In Closet, Washer Inc | | Hookups only, In Garage | | In Closet | |
| Pool Type Desc | Community | Comm Facility, In Ground | | Comm Facility | | Comm Facility | |
| Other Structures Desc | | None | | None | | None | |
| View(s) Desc | | Hills | | Hills | | Greenbelt | |
| Attach/Detach Home | Attached | Attached | | Attached | | Attached | |
| Construct/Condition | | COMP | | COMP | | COMP | |
| Miscellaneous | | | | CATH, DECK | | | |
| **Average Adj. Total: $560,000** | | **Adj. Total: $550,000** | | **Adj. Total: $555,000** | | **Adj. Total: $575,000** | |

**Subject Property Comparison**

  

| Feature | Subject Property | Listing# 21718062 | Adjust | Listing# 21720971 | Adjust | Listing# 21726940 | Adjust |
|---|---|---|---|---|---|---|---|
| Address - Full Street | 900 Arlene Way, Novato CA | 4 Cheda Knolls Dr, Novato, | | 964 Arlene Way, Novato, CA | | 201 Albion Ct, Novato, CA | |
| Address | 94947 | CA 94 | | 94947 | | 94947- | |
| Map Information | | , | | , | | , | |
| Area Display | | Novato | | Novato | | Novato | |
| Status Display | | Sold | | Sold | | Sold Off MLS | |
| On Market Date | | 08/08/17 | | 09/05/17 | | 10/09/17 | |
| Pending Date | | 09/12/17 | | 10/17/17 | | 11/06/17 | |
| Selling Date | | 09/25/17 | | 10/18/17 | | 11/21/17 | |
| DOM | | 35 | | 42 | | 28 | |
| Original Price | $0 | $599,000 | | $625,000 | | $499,000 | |
| Listing Price | $0 | $599,000 | | $625,000 | | $499,000 | |
| Selling Price | $0 | $600,000 | | $660,000 | | $530,000 | |
| Square Footage | 1740 | 1550 | $-10,000 | 1654 | | 1290 | $30,000 |
| Price Per Sq Ft | $0 | $387 | | $399 | | $411 | |
| Lot Size - Sq Ft | 1653 | 1551 | | 1363 | | 1542 | |
| Lot Size - Acres | | 0.0356 | | 0.0313 | | 0.0354 | |
| Year Built | 1980 | 1979 | | 1980 | | 1976 | |
| Bedrooms | 3 | 3 | | 3 | | 3 | |
| Bathrooms Display | 2.5 | 3 (2 1) | | 3 (2 1) | | 2 (1 1) | |
| Stories/Levels Desc | 2 | 2 Story | | 2 Story | | 2 Story | |
| Gar/Prk Desc | 1 | 2 Car, Garage, Attached, 2 Spaces | | 2 Car, Garage, Uncovered, Guest Acc | $-20,000 | | |
| Total Rooms | 6 | 0 | | 0 | | 6 | |
| Dining Room Desc | combo | Formal | $-10,000 | Dining Area | | | |
| Other Rooms Desc | | None | | Other | | None | |
| Heat/Cool Desc | Forced Air | Central Air, Central Heat | | Ceiling Fan(s), Central Air, Centr | | Central Air, Central Heat | |
| Fireplace(s) Desc | | 1 Fireplace | | 1 Fireplace, Living Room | | | |
| Laundry/Appliance Desc | Washer and Dryer in Unit | In Laundry Room | | Hookups only, In Laundry Room | | 220 V, Dryer Incl., Electric, Washe | |
| Pool Type Desc | Community | Comm Facility | | Comm Facility, In Ground | | Comm Facility, In Ground | |
| Other Structures Desc | | None | | None | | Pool House | |
| View(s) Desc | | | | Partial | | | |
| Attach/Detach Home | Attached | Attached | | Attached | | Attached | |
| Construct/Condition | | COMP | | COMP | | COMP | |
| Miscellaneous | | DECK, SKYL | $-20,000 | | | | |
| Average Adj. Total: $586,667 | | | Adj. Total: $560,000 | | Adj. Total: $640,000 | | Adj. Total: $560,000 |

# CMA Report
## Sorted by Custom Sort

**RESIDENTIAL**
**SOLD Properties**

| Address | City | Map | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | DOM/CDOM | Orig Price | List Price | Selling Price | SP % OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 Caspar Pl | Novato | , | 3 | 2 (1 1) | 1,344 | 0.0987ac | 1973 | 11/28/17 | 387.65 | 36/36 | 515,000 | 505,000 | 521,000 | 101.17 |
| 903 Sunnybrae Ln | Novato | , | 3 | 2 (1 1) | 1,323 | 0.0987ac | 1973 | 10/19/17 | 404.38 | 18/18 | 515,000 | 515,000 | 535,000 | 103.88 |
| 106 Scotia Ln | Novato | , | 3 | 3 (2 1) | 1,365 | 0.0354ac | 1976 | 09/06/17 | 410.11 | 15/15 | 559,800 | 559,800 | 559,800 | 100.00 |
| 25 Dogwood Ct | Novato | , | 3 | 2 (2 0) | 1,452 | 0.0293ac | 1989 | 08/31/17 | 389.12 | 33/33 | 570,000 | 570,000 | 565,000 | 99.12 |
| 38 Birchwood Dr | Novato | , | 3 | 3 (2 1) | 1,454 | 0.0379ac | 1990 | 11/14/17 | 392.02 | 35/35 | 559,000 | 559,000 | 570,000 | 101.97 |
| 52 Salvatore Dr | Novato | , | 3 | 3 (2 1) | 1,528 | 4300sf | 1976 | 10/06/17 | 382.85 | 14/14 | 549,000 | 549,000 | 585,000 | 106.56 |
| 4 Cheda Knolls Dr | Novato | , | 3 | 3 (2 1) | 1,550 | 0.0356ac | 1979 | 09/25/17 | 387.10 | 35/35 | 599,000 | 599,000 | 600,000 | 100.17 |
| 964 Arlene Way | Novato | , | 3 | 3 (2 1) | 1,654 | 0.0313ac | 1980 | 10/18/17 | 399.03 | 42/42 | 625,000 | 625,000 | 660,000 | 105.60 |
| **Listing Count** 8 | | **Averages** | | | 1,459 | | | | 394.03 | 29/29 | 561,475 | 560,225 | 574,475 | 102.32 |
| | | | | **High** 660,000 | | | | | | **Low** 521,000 | | | **Median** 567,500 | |

**SOLD OFF MLS Properties**

| Address | City | Map | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | DOM/CDOM | Orig Price | List Price | Selling Price | SP % OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 Albion Ct | Novato | , | 3 | 2 (1 1) | 1,290 | 0.0354ac | 1976 | 11/21/17 | 410.85 | 28/28 | 499,000 | 499,000 | 530,000 | 106.21 |
| **Listing Count** 1 | | **Averages** | | | 1,290 | | | | 410.85 | 28/28 | 499,000 | 499,000 | 530,000 | 106.21 |
| | | | | **High** 530,000 | | | | | | **Low** 530,000 | | | **Median** 530,000 | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Report Count** 9 | | **Report Averages** | | | 1,440 | | | | 395.90 | 28/28 | 554,533 | 553,422 | 569,533 | |

*Presented By: Greg Browman Lic: 01183227 / Vanguard Properties Phone: 415-519-6062Office Lic.: 01486075*

Featured properties may not be listed by the office/agent presenting this brochure.

(0040 -0)

Information has not been verified, is not guaranteed, and is subject to change.
Copyright © 2018 Bay Area Real Estate Information Services, Inc. All rights reserved.
Copyright ©2018 Rapattoni Corporation. All rights reserved.
U.S. Patent 6,910,045

# CMA Report
## Sorted by Custom Sort

**RESIDENTIAL**

**SOLD Properties**

| Address | City | Map | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | DOM/CDOM | Orig Price | List Price | Selling Price | SP % OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 Caspar Pl | Novato | , | 3 | 2 (1 1) | 1,344 | 0.0987ac | 1973 | 11/28/17 | 387.65 | 36/36 | 515,000 | 505,000 | 521,000 | 101.17 |
| 903 Sunnybrae Ln | Novato | , | 3 | 2 (1 1) | 1,323 | 0.0987ac | 1973 | 10/19/17 | 404.38 | 18/18 | 515,000 | 515,000 | 535,000 | 103.88 |
| 106 Scotia Ln | Novato | , | 3 | 3 (2 1) | 1,365 | 0.0354ac | 1976 | 09/06/17 | 410.11 | 15/15 | 559,800 | 559,800 | 559,800 | 100.00 |
| 25 Dogwood Ct | Novato | , | 3 | 2 (2 0) | 1,452 | 0.0293ac | 1989 | 08/31/17 | 389.12 | 33/33 | 570,000 | 570,000 | 565,000 | 99.12 |
| 38 Birchwood Dr | Novato | , | 3 | 3 (2 1) | 1,454 | 0.0379ac | 1990 | 11/14/17 | 392.02 | 35/35 | 559,000 | 559,000 | 570,000 | 101.97 |
| 52 Salvatore Dr | Novato | , | 3 | 3 (2 1) | 1,528 | 4300sf | 1976 | 10/06/17 | 382.85 | 14/14 | 549,000 | 549,000 | 585,000 | 106.56 |
| 4 Cheda Knolls Dr | Novato | , | 3 | 3 (2 1) | 1,550 | 0.0356ac | 1979 | 09/25/17 | 387.10 | 35/35 | 599,000 | 599,000 | 600,000 | 100.17 |
| 964 Arlene Way | Novato | , | 3 | 3 (2 1) | 1,654 | 0.0313ac | 1980 | 10/18/17 | 399.03 | 42/42 | 625,000 | 625,000 | 660,000 | 105.60 |
| **Listing Count** 8 | | **Averages** | | | 1,459 | | | | 394.03 | 29/29 | 561,475 | 560,225 | 574,475 | 102.32 |
| | | | | **High** 660,000 | | | | | | **Low** 521,000 | | | **Median** 567,500 | |

**SOLD OFF MLS Properties**

| Address | City | Map | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | DOM/CDOM | Orig Price | List Price | Selling Price | SP % OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 Albion Ct | Novato | , | 3 | 2 (1 1) | 1,290 | 0.0354ac | 1976 | 11/21/17 | 410.85 | 28/28 | 499,000 | 499,000 | 530,000 | 106.21 |
| **Listing Count** 1 | | **Averages** | | | 1,290 | | | | 410.85 | 28/28 | 499,000 | 499,000 | 530,000 | 106.21 |
| | | | | **High** 530,000 | | | | | | **Low** 530,000 | | | **Median** 530,000 | |
| **Report Count** 9 | | **Report Averages** | | | 1,440 | | | | 395.90 | 28/28 | 554,533 | 553,422 | 569,533 | |

*Presented By: Greg Browman Lic: 01183227 / Vanguard Properties Phone: 415-519-6062Office Lic.: 01486075*

Featured properties may not be listed by the office/agent presenting this brochure.

Information has not been verified, is not guaranteed, and is subject to change.

Copyright © 2018 Bay Area Real Estate Information Services, Inc. All rights reserved.

Copyright ©2018 Rapattoni Corporation. All rights reserved.

U.S. Patent 6,910,045

(0049 -3)

**RESIDENTIAL**

**SOLD Properties**

| Listing # | Address | City | Map | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | DOM/CDOM | Orig Price | List Price | Selling Price | SP % OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21723885 | 103 Caspar Pl | Novato | , | 3 | 2 (1 1) | 1,344 | 0.0987ac | 1973 | 11/28/17 | 387.65 | 36/36 | 515,000 | 505,000 | 521,000 | 101.17 |
| 21721972 | 903 Sunnybrae Ln | Novato | , | 3 | 2 (1 1) | 1,323 | 0.0987ac | 1973 | 10/19/17 | 404.38 | 18/18 | 515,000 | 515,000 | 535,000 | 103.88 |
| 21718186 | 106 Scotia Ln | Novato | , | 3 | 3 (2 1) | 1,365 | 0.0354ac | 1976 | 09/06/17 | 410.11 | 15/15 | 559,800 | 559,800 | 559,800 | 100.00 |
| 21715100 | 25 Dogwood Ct | Novato | , | 3 | 2 (2 0) | 1,452 | 0.0293ac | 1989 | 08/31/17 | 389.12 | 33/33 | 570,000 | 570,000 | 565,000 | 99.12 |
| 21723654 | 38 Birchwood Dr | Novato | , | 3 | 3 (2 1) | 1,454 | 0.0379ac | 1990 | 11/14/17 | 392.02 | 35/35 | 559,000 | 559,000 | 570,000 | 101.97 |
| 21721406 | 52 Salvatore Dr | Novato | , | 3 | 3 (2 1) | 1,528 | 4300sf | 1976 | 10/06/17 | 382.85 | 14/14 | 549,000 | 549,000 | 585,000 | 106.56 |
| 21718062 | 4 Cheda Knolls Dr | Novato | , | 3 | 3 (2 1) | 1,550 | 0.0356ac | 1979 | 09/25/17 | 387.10 | 35/35 | 599,000 | 599,000 | 600,000 | 100.17 |
| 21720971 | 964 Arlene Way | Novato | , | 3 | 3 (2 1) | 1,654 | 0.0313ac | 1980 | 10/18/17 | 399.03 | 42/42 | 625,000 | 625,000 | 660,000 | 105.60 |
| **Listing Count** 8 | | **Averages** | | | | 1,459 | | | | 394.03 | 29/29 | 561,475 | 560,225 | 574,475 | 102.32 |
| | | **High** 660,000 | | | | | | | | **Low** 521,000 | | | | **Median** 567,500 | |

**SOLD OFF MLS Properties**

| Listing # | Address | City | Map | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | DOM/CDOM | Orig Price | List Price | Selling Price | SP % OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21726940 | 201 Albion Ct | Novato | , | 3 | 3 (2 1) | 1,290 | 0.0354ac | 1976 | 11/21/17 | 410.85 | 28/28 | 499,000 | 499,000 | 530,000 | 106.21 |
| **Listing Count** 1 | | **Averages** | | | | 1,290 | | | | 410.85 | 28/28 | 499,000 | 499,000 | 530,000 | 106.21 |
| | | **High** 530,000 | | | | | | | | **Low** 530,000 | | | | **Median** 530,000 | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Report Count** 9 | | **Report Averages** | | | | 1,440 | | | | 395.90 | 28/28 | 554,533 | 553,422 | 569,533 | |

*Presented By: Greg Browman Lic: 01183227 / Vanguard Properties Phone: 415-519-6062Office Lic.: 01486075*

Equal Opportunity Housing * All information deemed reliable, but not guaranteed.                (CMALND-1)
Information has not been verified, is not guaranteed, and is subject to change.
Copyright © 2018 Bay Area Real Estate Information Services, Inc. All rights reserved.
Copyright ©2018 Rapattoni Corporation. All rights reserved.
U.S. Patent 6,910,045

# CMA 2 Line Report
### Sorted by Custom Sort

**RESIDENTIAL**

**SOLD Properties**

| Address Listing # | City | Bed | Bth | Map | LotSz | SqFt | Year $/SqFt | DOM/CDOM Orig Price | Area List Price | Subdivision Selling Price | Date SP % OP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 Caspar Pl | Novato | 3 | 2 (1 1) | , | 0.0987 | 1344 | 1973 | 36/36 | A1700 | | 11/28/17 |
| 21723885 | | | | | | | 387.65 | 515,000 | 505,000 | 521,000 | 101.17 |
| 903 Sunnybrae Ln | Novato | 3 | 2 (1 1) | , | 0.0987 | 1323 | 1973 | 18/18 | A1700 | | 10/19/17 |
| 21721972 | | | | | | | 404.38 | 515,000 | 515,000 | 535,000 | 103.88 |
| 106 Scotia Ln | Novato | 3 | 3 (2 1) | , | 0.0354 | 1365 | 1976 | 15/15 | A1700 | | 09/06/17 |
| 21718186 | | | | | | | 410.11 | 559,800 | 559,800 | 559,800 | 100.00 |
| 25 Dogwood Ct | Novato | 3 | 2 (2 0) | , | 0.0293 | 1452 | 1989 | 33/33 | A1700 | | 08/31/17 |
| 21715100 | | | | | | | 389.12 | 570,000 | 570,000 | 565,000 | 99.12 |
| 38 Birchwood Dr | Novato | 3 | 3 (2 1) | , | 0.0379 | 1454 | 1990 | 35/35 | A1700 | | 11/14/17 |
| 21723654 | | | | | | | 392.02 | 559,000 | 559,000 | 570,000 | 101.97 |
| 52 Salvatore Dr | Novato | 3 | 3 (2 1) | , | 4300 | 1528 | 1976 | 14/14 | A1700 | | 10/06/17 |
| 21721406 | | | | | | | 382.85 | 549,000 | 549,000 | 585,000 | 106.56 |
| 4 Cheda Knolls Dr | Novato | 3 | 3 (2 1) | , | 0.0356 | 1550 | 1979 | 35/35 | A1700 | | 09/25/17 |
| 21718062 | | | | | | | 387.10 | 599,000 | 599,000 | 600,000 | 100.17 |
| 964 Arlene Way | Novato | 3 | 3 (2 1) | , | 0.0313 | 1654 | 1980 | 42/42 | A1700 | | 10/18/17 |
| 21720971 | | | | | | | 399.03 | 625,000 | 625,000 | 660,000 | 105.60 |
| **Listing Count** 8 | | | **Status Averages** | | | 1458.750 | | 29/29 | | | |
| | | | | | | | 394.03 | 561,475 | 560,225 | 574,475 | 102.32 |
| | | | | | | | High | 660,000 | **Low** | 521,000 | **Median** 567,500 |

**SOLD OFF MLS Properties**

| Address Listing # | City | Bed | Bth | Map | LotSz | SqFt | Year $/SqFt | DOM/CDOM Orig Price | Area List Price | Subdivision Selling Price | Date SP % OP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 Albion Ct | Novato | 3 | 2 (1 1) | , | 0.0354 | 1290 | 1976 | 28/28 | A1700 | | 11/21/17 |
| 21726940 | | | | | | | 410.85 | 499,000 | 499,000 | 530,000 | 106.21 |
| **Listing Count** 1 | | | **Status Averages** | | | 1290.000 | | 28/28 | | | |
| | | | | | | | 410.85 | 499,000 | 499,000 | 530,000 | 106.21 |
| | | | | | | | High | 530,000 | **Low** | 530,000 | **Median** 530,000 |

| **Report Count** 9 | | | **Report Averages** | | | 1440 | | 28/28 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 395.90 | 554,533 | 553,422 | 569,533 | |

*Presented By: Greg Browman Lic: 01183227 / Vanguard Properties Phone: 415-519-6062 Office Lic.: 01486075*

Information has not been verified, is not guaranteed, and is subject to change.
Copyright © 2018 Bay Area Real Estate Information Services, Inc. All rights reserved.
Copyright ©2018 Rapattoni Corporation. All rights reserved.
U.S. Patent 6,910,045

**Listings per Status**



**Minimum, Average, Maximum**

**Days On Market Analysis**



**Original Price/Selling Price**

| | Listing # | Status | Street Address | City, State, Zip | Price |
|---|---|---|---|---|---|
| | **Subject Property** | | 900 Arlene Way | Novato 94947 | $555,000 |

**Comparable Properties**

| | Listing # | Status | Street Address | City, State, Zip | Price |
|---|---|---|---|---|---|
| (1) | 21723885 | Sold | 103 Caspar Pl | Novato, CA 94947-5290 | $521,000 |
| (2) | 21721972 | Sold | 903 Sunnybrae Ln | Novato, CA 94947-5281 | $535,000 |
| (3) | 21718186 | Sold | 106 Scotia Ln | Novato, CA 94947-5167 | $559,800 |
| (4) | 21715100 | Sold | 25 Dogwood Ct | Novato, CA 94947-4794 | $565,000 |
| (5) | 21723654 | Sold | 38 Birchwood Dr | Novato, CA 94947-5309 | $570,000 |
| (6) | 21721406 | Sold | 52 Salvatore Dr | Novato, CA 94949-6016 | $585,000 |
| (7) | 21718062 | Sold | 4 Cheda Knolls Dr | Novato, CA 94947-4914 | $600,000 |
| (8) | 21720971 | Sold | 964 Arlene Way | Novato, CA 94947-6906 | $660,000 |
| (9) | 21726940 | Sold Off MLS | 201 Albion Ct | Novato, CA 94947-5168 | $530,000 |

* Denotes a listing that could not be mapped

**Presented By:**   **Greg Browman**
Lic: 01183227
Primary: 415-519-6062

Email: gbrowman@gmail.com
Web Page:

February 2018

**Vanguard Properties**
Office Lic.: 01486075

1118 Magnolia Ave
Larkspur, CA 94939
Phone: 415-755-1000
Fax: 415-755-1001
**See our listings online:**

**BAREIS Property Comparison Residential**

| 21723885 | 103 Caspar Pl | | Novato / A1700 | | S | List Price: | $505,000 |


Additional Pictures

**Condo/Coop / Attached**
**Bedrooms:** 3
**Baths F/H:** 2 (1/1)
**Approx SF:** 1344/Realist Public Rec
**Lot SF/Acres:** 4299 / 0.0987
**Style:** Colonial
**Gar/Prkg:** 2 Car, Carports, Covered
**Roof:** Composition
**Stories/Levels:** 2 Story
**Thom Bros:**
**Orig LP:** $515,000
**Sold Price:** $521,000
**DOM/CDOM:** 36/36
**COE Date:** 11/28/17
**Year Built:** 1973/Realist Public Rec
**APN:** 152-200-25
**Unit/Blk/Lot:**
**HOA/AMT:** Yes/ $429.00/Monthly
**Lot Desc:** Level
**2nd Unit on Lot:** No

**Subdiv:**
**Cross St:** Redwood Blvd.
**Directions:** South Novato Blvd to Redwood to R Seascape. Park on Redwood Blvd at corner of Seascape Unit in front
**Public Remarks** Move in ready two story three bedroom, both baths updated. Granite kitchen w/all stainless appliances, pantry and bonus upper wall of cabinets in dining area. Slate tile entrance and bath down. Pergo on main level, bonus storage under stairs. Separate laundry closet with hook ups. Upstairs is master suite w/private vanity area and walk in closet.Two other bedrooms have cathedral ceilings and bonus second windows. French doors lead to slate patio

| 21721972 | 903 Sunnybrae Ln | | Novato / A1700 | | S | List Price: | $515,000 |

**Condo/Coop / Attached**
**Bedrooms:** 3
**Baths F/H:** 2 (1/1)
**Approx SF:** 1323/Realist Public Rec
**Lot SF/Acres:** 4299 / 0.0987
**Style:** Townhome
**Gar/Prkg:** Carports, 2 Spaces
**Roof:** Composition
**Stories/Levels:** 2 Story
**Thom Bros:**
**Orig LP:** $515,000
**Sold Price:** $535,000
**DOM/CDOM:** 18/18
**COE Date:** 10/19/17
**Year Built:** 1973/Other
**APN:** 152-210-35
**Unit/Blk/Lot:**
**HOA/AMT:** Yes/ $429.00/Monthly
**Lot Desc:** Level
**2nd Unit on Lot:** No

**Subdiv:**
**Cross St:** Seascape
**Directions:** South Novato Blvd - Right on Redwood Blvd - Right on 2nd Seascape - Right on Sunnbrae.
**Public Remarks** Beautifully updated & expertly maintained 2-story townhouse. Open floor plan on main level, upgraded kitchen w/ granite counters, new range & dishwasher. Formal dining, spacious LR, half-bath w/new vanity, laundry hook-ups & enclosed patio access. Upstairs boasts 3 sizable bdrms, ample closets w/ Elfa shelving in master & full-bath. Gorgeous new vinyl plank flooring, plantation shutters. New furnace, air cond, 2-car carport, storage & comm. pool.

| 21718186 | 106 Scotia Ln | | Novato / A1700 | | S | List Price: | $559,800 |

**Condo/Coop / Attached**
**Bedrooms:** 3
**Baths F/H:** 3 (2/1)
**Approx SF:** 1365/Realist Public Rec
**Lot SF/Acres:** 1542 / 0.0354
**Style:** Townhome
**Gar/Prkg:** 2 Car, Detached, Carports
**Roof:**
**Stories/Levels:** 2 Story
**Thom Bros:**
**Orig LP:** $559,800
**Sold Price:** $559,800
**DOM/CDOM:** 15/15
**COE Date:** 09/06/17
**Year Built:** 1976/Realist Public Rec
**APN:** 152-291-06
**Unit/Blk/Lot:**
**HOA/AMT:** Yes/ $360.00/Monthly
**Lot Desc:** Level
**2nd Unit on Lot:** No

**Subdiv:**
**Cross St:** Redwood Blvd
**Directions:** South Novato Blvd. Right on Redwood, Left on Scotia.
**Public Remarks** Beautifully remodeled townhouse in a great location with garden views. Updated kitchen with wood cabinets, new appliances and granite counter-tops, remodeled bathrooms, high quality laminate floors throughout, new lighting throughout- upgrade LED, new dual pane windows, new furnace, new paint, new washer and dryer and much more!

Presented by : Greg Browman Lic: 01183227 / Vanguard Properties Office Lic.: 01486075 Phone: 415-519-6062
Information has not been verified, is not guaranteed, and is subject to change.
Copyright © 2018 Bay Area Real Estate Information Services, Inc. All rights reserved.
Copyright ©2018 Rapattoni Corporation. All rights reserved.
U.S. Patent 6,910,045 02/11/18 at 11:22am

---

**21715100**          **25 Dogwood Ct**                                    Novato / A1700                          S     List Price:        **$570,000**


[Additional Pictures](#)

| | | |
|---|---|---|
| **Condo/Coop / Attached** | | **Orig LP:** $570,000 |
| **Bedrooms:** | 3 | **Sold Price:** $565,000 |
| **Baths F/H:** | 2 (2/0) | **DOM/CDOM:** 33/33 |
| **Approx SF:** | 1452/Realist Public Rec | **COE Date:** 08/31/17 |
| **Lot SF/Acres:** | 1276 / 0.0293 | **Year Built:** 1989/Realist Public Rec |
| **Style:** | Contemporary | **APN:** 152-371-08 |
| **Gar/Prkg:** | 2 Car, Garage, Auto Door, | **Unit/Blk/Lot:** |
| **Roof:** | Composition, Shingle | **HOA/AMT:** Yes/ $381.00/Monthly |
| **Stories/Levels:** | Multi Level | **Lot Desc:** Upslope |
| **Subdiv:** | | **2nd Unit on Lot:** No |
| **Cross St:** | Rosewood | |
| **Thom Bros:** | | |

**Directions:** Rowland exit, left on Redwood, left on Rosewood, left on Dogwood.

**Public Remarks** Desirable Western Oaks! Sunny & bright 3 bed, 2 bath townhouse in one of Novato's best complexes. Open floor plan with cathedral ceilings, & fireplace. Large master bedroom with walk-in closet, 2 decks. 2-car attached garage with extra storage. Located at the end of a cul-de-sac. Community pool and clubhouse. Excellent commute location near 101 and Vintage Oaks Shopping Center.

---

**21723654**          **38 Birchwood Dr**                                  Novato / A1700                          S     List Price:        **$559,000**


[Additional Pictures](#)

| | | |
|---|---|---|
| **Condo/Coop / Attached** | | **Orig LP:** $559,000 |
| **Bedrooms:** | 3 | **Sold Price:** $570,000 |
| **Baths F/H:** | 3 (2/1) | **DOM/CDOM:** 35/35 |
| **Approx SF:** | 1454/Realist Public Rec | **COE Date:** 11/14/17 |
| **Lot SF/Acres:** | 1651 / 0.0379 | **Year Built:** 1990/Realist Public Rec |
| **Style:** | Colonial | **APN:** 152-401-06 |
| **Gar/Prkg:** | 2 Car, Attached | **Unit/Blk/Lot:** |
| **Roof:** | | **HOA/AMT:** Yes/ $381.00/Monthly |
| **Stories/Levels:** | 3 Story | **Lot Desc:** Downslope |
| **Subdiv:** | | **2nd Unit on Lot:** No |
| **Cross St:** | Redwood Blvd | |
| **Thom Bros:** | , | |

**Directions:** Rowland Blvd to L Redwood Blvd to R Birchwood Dr.

**Public Remarks** Sunny spacious 3-bedroom 2 and a half bath townhome. This layout lends itself to all types of buyer needs. The master suite with walk-in closet is on the top floor and there are 2-bedrooms and a full bath on the bottom floor. The main floor, which you can access from the front door or 2-car garage consists of living, dining, and, kitchen with cathedral ceilings, fireplace, and elegant wood floors. A/C. Community pool & clubhouse. Easy FWY access

---

**21721406**          **52 Salvatore Dr**                                  Novato / A1700                          S     List Price:        **$549,000**


[Additional Pictures](#)

| | | |
|---|---|---|
| **Condo/Coop / Attached** | | **Orig LP:** $549,000 |
| **Bedrooms:** | 3 | **Sold Price:** $585,000 |
| **Baths F/H:** | 3 (2/1) | **DOM/CDOM:** 14/14 |
| **Approx SF:** | 1528/Not Verified | **COE Date:** 10/06/17 |
| **Lot SF/Acres:** | 4300 / 0.0987 | **Year Built:** 1976/Other |
| **Style:** | Custom | **APN:** 160-520-33 |
| **Gar/Prkg:** | | **Unit/Blk/Lot:** |
| **Roof:** | | **HOA/AMT:** Yes/ $375.00/Monthly |
| **Stories/Levels:** | 2 Story | **Lot Desc:** Level |
| **Subdiv:** | | **2nd Unit on Lot:** No |
| **Cross St:** | Enfrente | |
| **Thom Bros:** | | |

**Directions:** Enfrente to Salvatore

**Public Remarks** Sunny Southern Novato 3 bedroom, 2.5 bath townhouse located in a small complex, close to shops, restaurants, and easy freeway access. This end unit has a great layout with a large kitchen, dining area, and spacious living room, perfect for entertaining, and a patio and deck for gardening, dining or relaxing outside. Two-car garage. Complex has a community pool and lots of open lawn areas. Come live the dream!

---

Presented by : Greg Browman Lic: 01183227 / Vanguard Properties Office Lic.: 01486075 Phone: 415-519-6062
Information has not been verified, is not guaranteed, and is subject to change.
Copyright © 2018 Bay Area Real Estate Information Services, Inc. All rights reserved.
Copyright ©2018 Rapattoni Corporation. All rights reserved.
U.S. Patent 6,910,045 02/11/18 at 11:22am

**21718062**  4 Cheda Knolls Dr  Novato / A1700  S  List Price:  $599,000


[Additional Pictures](#)

| | | | |
|---|---|---|---|
| Condo/Coop / Attached | | Orig LP: | $599,000 |
| Bedrooms: | 3 | Sold Price: | $600,000 |
| Baths F/H: | 3 (2/1) | DOM/CDOM: | 35/35 |
| Approx SF: | 1550/Realist Public Rec | COE Date: | 09/25/17 |
| Lot SF/Acres: | 1551 / 0.0356 | Year Built: | 1979/Realist Public Rec |
| Style: | Townhome | APN: | 152-334-01 |
| Gar/Prkg: | 2 Car, Garage, Attached, | Unit/Blk/Lot: | |
| Roof: | Composition | HOA/AMT: | Yes/ $472.00/Monthly |
| Stories/Levels: | 2 Story | Lot Desc: | Level |
| | | Thom Bros: | 2nd Unit on Lot: | No |

**Subdiv:**
**Cross St:** S. Novato Blvd
**Directions:** 101 to S. Novato. Rt on Cheda Knolls to #4
**Public Remarks** Updated 3bd. 2.5ba. 1550 sq.ft. end unit townhouse in Cheda Knolls. Featuring an open concept floor plan with granite counter-tops, recessed lighting, plantation shutters, A/C, newer flooring, and updated bathrooms. 2 car garage & 2 private ground floor outdoor spaces. Rear outdoor space has direct access to level common area. Quick access to shops, 101, 37 & more. Beautiful common area grounds w/ pool/spa & playground.

---

**21720971**  964 Arlene Way  Novato / A1700  S  List Price:  $625,000


[Additional Pictures](#)

| | | | |
|---|---|---|---|
| Condo/Coop / Attached | | Orig LP: | $625,000 |
| Bedrooms: | 3 | Sold Price: | $660,000 |
| Baths F/H: | 3 (2/1) | DOM/CDOM: | 42/42 |
| Approx SF: | 1654/Realist Public Rec | COE Date: | 10/18/17 |
| Lot SF/Acres: | 1363 / 0.0313 | Year Built: | 1980/Realist Public Rec |
| Style: | Contemporary | APN: | 160-601-54 |
| Gar/Prkg: | 2 Car, Garage, Uncovered, | Unit/Blk/Lot: | |
| Roof: | | HOA/AMT: | Yes/ $345.00/Monthly |
| Stories/Levels: | 2 Story | Lot Desc: | Downslope |
| | | Thom Bros: | 2nd Unit on Lot: | No |

**Subdiv:**
**Cross St:** Redwood Blvd
**Directions:** HWY 101 to S. Novato Blvd., left of Redwood Blvd., left onto Arlene
**Public Remarks** Tastefully updated condo in desirable Hillside Park East complex. Generous open living room with cathedral ceiling, skylight, & fireplace. Remodeled kitchen w/quartz counters, stainless steel appliances, pantry, new cabinets, & skylight. Dining area w/sliders to deck. 3 bedrooms including generous master suite w/walk-in closet and private deck. Detached one-car garage with extra storage space. Easy access to HWY 101 & 37. Move-in ready!

---

**21726940**  201 Albion Ct  Novato / A1700  SO  List Price:  $499,000


[Additional Pictures](#)

| | | | |
|---|---|---|---|
| Condo/Coop / Attached | | Orig LP: | $499,000 |
| Bedrooms: | 3 | Sold Price: | $530,000 |
| Baths F/H: | 2 (1/1) | DOM/CDOM: | 28/28 |
| Approx SF: | 1290/Realist Public Rec | COE Date: | 11/21/17 |
| Lot SF/Acres: | 1542 / 0.0354 | Year Built: | 1976/Realist Public Rec |
| Style: | Colonial | APN: | 152-291-26 |
| Gar/Prkg: | | Unit/Blk/Lot: | |
| Roof: | | HOA/AMT: | Yes/ $380.00/Monthly |
| Stories/Levels: | 2 Story | Lot Desc: | Level |
| | | Thom Bros: | 2nd Unit on Lot: | No |

**Subdiv:**
**Cross St:** Redwood
**Directions:** Novato Blvd, Redwood Blvd, Left on Albion
**Public Remarks**

---

Presented by : Greg Browman Lic: 01183227 / Vanguard Properties Office Lic.: 01486075 Phone: 415-519-6062
Information has not been verified, is not guaranteed, and is subject to change.
Copyright © 2018 Bay Area Real Estate Information Services, Inc. All rights reserved.
Copyright ©2018 Rapattoni Corporation. All rights reserved.
U.S. Patent 6,910,045 02/11/18 at 11:22am

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**1851 East First Street, Suite 1550, Santa Ana, California 92705-4067**

A true and correct copy of the foregoing document entitled (*specify*):

**SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S OPPOSITION TO DEBTOR'S MOTION TO VALUE AND AVOID LIEN OF TRINITY FINANCIAL SERVICES, LLC [39] AND REQUEST FOR HEARING**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/11/18 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David Burchard    TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
- Rafael Ramon Garcia-Salgado    rgarcia@bwslaw.com, bantle@bwslaw.com
- Kelsey Luu    ecfcanb@aldridgepite.com, kluu@ecf.inforuptcy.com
- Russell Marne    russell@marne.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Richard J. Reynolds    rreynolds@bwslaw.com, psoeffner@bwslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/11/18 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **Debtor:** | **Co-Debtor/Co-Borrower:** | **Judge:** |
|---|---|---|
| Thomas J. Chek | Sarah W. Chek | Honorable Dennis Montali, |
| 900 Arlene Way | 900 Arlene Way | United States Bankruptcy Court |
| Novato, CA 94947-6905 | Novato, CA 94947 | Northern District of California |
| | | Mail Box 36099 |
| | | San Francisco, CA 94102 |

☐ Service information continued on attached page

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4816-0582-9990 v1
06836-0090

- 4 -

18-30006-DM
Opposition To Debtor's Motion To Value And Avoid Lien

Case: 18-30006    Doc# 62    Filed: 06/11/18    Entered: 06/11/18 09:04:34    Page 20 of 21

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

06/11/18
_____     Bernadette C. Antle     _____
*Date*                          *Printed Name*                          *Signature*

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4816-0582-9990 v1
06836-0090

- 5 -

18-30006-DM
OPPOSITION TO DEBTOR'S MOTION TO VALUE
AND AVOID LIEN