B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  THOMAS J. CHEK                    ,     Case No.  18-30006

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TROJAN CAPITAL INVESTMENTS, LLC | TRINITY FINANCIAL SERVICES, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  2618 SAN MIGUEL DRIVE, SUITE 316
  NEWPORT BEACH, CA 92660

Court Claim # (if known):  2
Amount of Claim:  $86,337.88
Date Claim Filed:  03/13/2018

Phone:  (877) 684-9517
Last Four Digits of Acct #:  0556

Phone:  (855) 818-6806
Last Four Digits of Acct. #:  6720

Name and Address where transferee payments should be sent (if different from above):
  28786 NETWORK PLACE
  CHICAGO, IL 60673

Phone:  (877) 684-9517
Last Four Digits of Acct #:  0556

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/                                          Date:  10/3/18
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## PROOF OF SERVICE

I, Bernadette C. Antle, am over the age of eighteen (18) years, and not a party to the within action. My business address is **1851 East First Street, Suite 1550, Santa Ana, California 92705-4067**.

On **October 4, 2018**, I caused to be served a true and correct copy of **TRANSFER OF CLAIM** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Santa Ana, California, **and/or** by NEF as addressed as follows:

**By NEF:**

- **David Burchard** TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
- **Rafael Ramon Garcia-Salgado** rgarcia@bwslaw.com, bantle@bwslaw.com
- **Kelsey Luu** ecfcanb@aldridgepite.com, kluu@ecf.inforuptcy.com
- **Russell Marne** russell@marne.com
- **Office of the U.S. Trustee / SF** USTPRegion17.SF.ECF@usdoj.gov
- **Richard J. Reynolds** rreynolds@bwslaw.com, psoeffner@bwslaw.com

**By Mail:**

**Thomas J. Chek**
900 Arlene Way
Novato, CA 94947-6905

**Honorable Dennis Montali**
U.S. Bankruptcy Judge
Mail Box 36099
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **October 4, 2018**

Bernadette C. Antle

IRV #4833-9988-6198 v1
06836-0090

TRANSFER OF CLAIM
Case: 18-30006  Doc# 75  Filed: 10/04/18  Entered: 10/04/18 17:12:06  Page 2 of 2