BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
E-mail: rreynolds@bwslaw.com
Rafael R. Garcia-Salgado, Bar No. 283230
E-mail: rgarcia@bwslaw.com
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067
Telephone: 949.863.3363
Facsimile: 949.863.3350

Attorneys for Creditor
TROJAN CAPITAL INVESTMENTS, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THOMAS J. CHEK,<br><br>    Debtor, | Case No. 18-30006<br><br>Chapter Number: 13<br><br>**SECURED CREDITOR TROJAN CAPITAL INVESTMENTS, LLC'S JOINDER TO TRUSTEE'S MOTION TO DISMIS CHAPTER 13 CASE**<br><br>DATE: October 17, 2018<br>TIME: 1:10 p.m.<br>DEPT: 17 |

///

///

///

///

///

///

///

///

///

**TO THE HONORABLE COURT AND ALL PARTIES IN INTEREST:**

Secured creditor Trojan Capital Investments, LLC ("Trojan") hereby JOINS in the relief requested by the Chapter 13 Trustee in his *Motion to Dismiss* [Docket No. 74] (the "Motion").

In addition to the deficiencies identified by the trustee in the Motion, Trojan also moves for dismissal on the basis that the Debtor has made no post-petition payments on his second lien, which is held by Trojan. The Court denied the Debtor's *Motion to Value and Avoid Lien of Trinity Financial Services, LLC* [Docket No. 39] at the July 18, 2018 hearing in this case. However, the Debtor has yet to provide any post-petition payments on Trojan's secured lien.

In the event an objection to the Motion is filed, Trojan reserves the right to argue the applicable legal issues at the hearing on the Motion.

Dated: October 8, 2018　　　　　BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Rafael Garcia
Richard J. Reynolds
Rafael R. Garcia-Salgado
Attorneys for Creditor
TROJAN CAPITAL INVESTMENTS, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1851 East First Street, Suite 1550, Santa Ana, California 92705-4067**

A true and correct copy of the foregoing document entitled (*specify*):
**SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S JOINDER TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE AND DECLARATION OF DON A. MADDEN, III IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/8/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David Burchard   TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
- Rafael Ramon Garcia-Salgado   rgarcia@bwslaw.com, bantle@bwslaw.com
- Kelsey Luu   ecfcanb@aldridgepite.com, kluu@ecf.inforuptcy.com
- Russell Marne   russell@marne.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Richard J. Reynolds   rreynolds@bwslaw.com, psoeffner@bwslaw.com
- Neal L. Wolf   nwolf@hansonbridgett.com, lchappell@hansonbridgett.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/8/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**
**Thomas J. Chek**
900 Arlene Way
Novato, CA 94947-6905

**Judge:**
**Honorable Dennis Montali**
U.S. Bankruptcy Judge
Mail Box 36099
San Francisco, CA 94102

☐ Service information continued on attached page

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4823-9712-2678 v1

- 3 -

JOINDER TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

Case: 18-30006   Doc# 77   Filed: 10/08/18   Entered: 10/08/18 15:46:41   Page 3 of 4

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **10/8/18** | Bernadette Antle | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4823-9712-2678 v1

- 4 -

JOINDER TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

Case: 18-30006   Doc# 77   Filed: 10/08/18   Entered: 10/08/18 15:46:41   Page 4 of 4